United States District Court
Southern District of Texas
ENTERED

JAN 2 0 2010

Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. **B-09-1182** |
| **Jose Luis Gutierrez-Lugo** | § | |

# O R D E R

BE IT REMEMBERED on this ___*13*___ day of ___*January*___, 20 *10*, the

Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of

the United States Magistrate Judge filed **October 15, 2009,** wherein the defendant **Jose Luis Gutierrez-**

**Lugo** waived appearance before this Court and appeared before the United States Magistrate Judge **Felix**

**Recio** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The

magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no

opposition by defendant **Jose Luis Gutierrez-Lugo** to the Report and Recommendation, the Court enters

the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and

is hereby adopted. The Court finds the Defendant **Jose Luis Gutierrez-Lugo guilty of the offense of alien**

**unlawfully found in the United States after deportation, having been convicted of a felony, in violation**

**of 8 U.S.C. § 1326(a) and (b) (1).**

SIGNED this the ___*20*___ day of ___*January*___, 20 *10*.

Hilda G. Tagle
United States District Judge